# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR17-136 TSZ |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | MOTION FOR WITHDRAWAL |
| v. | ) | AND SUBSTITUTION OF |
| | ) | COUNSEL FOR DEFENDANT |
| SAMATH KHANHPHONGPHANE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's Motion for Withdrawal & Substitution of Counsel, docket no. 46, came on regularly for hearing, and the court being fully advised,

IT IS HEREBY ORDERED that attorney Jennifer Kaplan is permitted to withdraw, and attorney Alexander Chan is substituted as counsel of record effective this date.

ORDERED May 19, 2017.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL-1

Law Office of Alexander Chan
11900 NE 1st Street Suite 300
Bellevue, WA 98005
T: 206-650-4904 E: info@chanlawoffice.com