# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TUAN VAN LE, ALEX CHAPACKDEE, SAMATH KHANHPHONGPHANE, and PHI NGUYEN,<br><br>　　　　Defendants. | CR17-136 TSZ<br><br>ORDER |

Counsel for defendant Samath Khanhphongphane's motion to withdraw, docket no. 57, is GRANTED. Alexander Chan is granted leave to withdraw as counsel of record for defendant Samath Khanhphongphane, effective immediately. The CJA Administrator is DIRECTED to appoint substitute counsel to represent defendant.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to the CJA Administrator.

IT IS SO ORDERED.

Dated this 7th day of June, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1