# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR17-0136-TSZ |
| Plaintiff, ) | |
| ) | ORDER GRANTING MOTION FOR |
| -vs.- ) | WITHDRAWAL AND SUBSTITUTION |
| ) | OF COUNSEL FOR DEFENDANT |
| SAMATH KHANHPHONGPHANE, ) | |
| Defendant. ) | |

Defendant Samath Khanhphongphane's unopposed motion for withdrawal and substitution of counsel, docket no. 60, is GRANTED.

IT IS HEREBY ORDERED that attorney Jennifer Kaplan is permitted to withdraw, and attorney Stryder James Wegener is substituted in her place as counsel of record effective this date.

DATED this 12th day of June, 2017.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
Page 1 of 1

**Emerald City Law Group Inc.**
100 W. Harrison St, Suite N440
Seattle, WA 98119
**206.651.4245 | F 206.535.2926**